IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEANGELO SHERFIELD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE VILLAGE POLICE DEPARTMENT, )<br>)<br>Defendant. )<br>) | Case No. CIV-23-1107-PRW |

**ORDER**

Before the Court is Magistrate Judge Shon T. Erwin's Report and Recommendation (Dkt. 7), recommending that Plaintiff's Motions for Leave to Proceed In Forma Pauperis (Dkts. 2, 6) be denied.

Plaintiff, proceeding pro se, filed his Complaint (Dkt. 1) on December 6, 2023, together with a Motion for Leave to Proceed In Forma Pauperis (Dkt. 2). Magistrate Judge Shon T. Erwin identified several problems with the Motion and ordered Plaintiff to cure the deficiencies (Dkt. 5). In response, Plaintiff filed his second Motion (Dkt. 6), which contained many of the same deficiencies identified in Judge Erwin's Order. On January 19, 2024, Judge Erwin filed his Report and Recommendation (Dkt. 7), recommending that Plaintiff's Motions be denied, and that the Complaint be dismissed unless Plaintiff pays the filing fee.

1

Rather than file objections to the Report and Recommendation, Plaintiff has since filed two more Motions for Leave to Proceed In Forma Pauperis (Dkts. 8, 11). Both Motions suffer from the same deficiencies that Judge Erwin laid out in his Order. Almost every question is answered incompletely, failing to provide the specific financial information needed to consider an *in forma pauperis* application.[1] The latest Motion (Dkt. 11) is missing the first page of the application form but does include a new civil cover sheet naming different plaintiffs and defendants and alleging different jurisdictional bases compared to the Complaint (Dkt. 1).

While the Court construes pro se filings liberally, Plaintiff's Motions evidence no attempt to comply with Judge Erwin's Order. Having reviewed the matter *de novo*, the Court **ADOPTS** the Report and Recommendation (Dkt. 7); and **DENIES** Plaintiff's Motions (Dkts. 2, 6, 8, 11). Plaintiff shall prepay the full $405.00 civil filing fee within twenty days of this Order. If Plaintiff fails to do so, this action will be dismissed without prejudice.

**IT IS SO ORDERED** this 13th day of February 2024.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

---

[1] *See* 28 U.S.C § 1915(a)(1); *Lister v. Dep't of Treasury*, 408 F.3d 1309, 1312–13 (10th Cir. 2005).